IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARCUS BRADLEY, JASON GOODSON,      )
TORE HARRIS, ERIC JOHNSON, ELWOOD   )
MAYFIELD, GABRIEL POSEY, LAWRENCE   )
SMITH, JR. AND MILTON WILLIAMS,     )
                                    )
                Plaintiffs,         )
                                    )
        vs.                         )
                                    )
THE CITY OF RICHMOND, VA,           )
                                    )
                Defendant.          )

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

Defendant, The City of Richmond, VA, hereby gives notice that Counsel of Record, Jimmy F. Robinson, Jr. and A. Tevis Marshall have become affiliated with Ogletree, Deakins, Nash, Smoak & Stewart, P.C., effective April 15, 2013, which results in a change in contact information for this matter. In relation thereto, Defendant states as follows:

Effective April 15, 2013, Counsel for Defendant, Jimmy F. Robinson, Jr. and A. Tevis Marshall, will be affiliated with Ogletree, Deakins, Nash, Smoak & Stewart, P.C. Counsel Robinson and Marshall will continue to serve as counsel for Defendant following this affiliation. Effective April 15, 2013, Mr. Robinson's and Mr. Marshall's new contact information will be as follows:

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
6802 Paragon Place Suite 410
Richmond, Virginia  23230
Telephone: 855.843.1808
Facsimile:  855.843.1809
jimmy.robinson@ogletreedeakins.com
tevis.marshall@ogletreedeakins.com

**THE CITY OF RICHMOND, VA**


By: /s/ Jimmy F. Robinson, Jr.
    Jimmy F. Robinson, Jr., Esquire (VSB No. 43622)
    jimmy.robinson@ogletreedeakins.com
    A. Tevis Marshall, Esquire (VSB No. 68401)
    tevis.marshall@ogletreedeakins.com
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    6802 Paragon Place, Suite 410
    Richmond, VA  23230
    Telephone: 855.843.1808
    Facsimile:  855.843.1809

    *Counsel for The City of Richmond, VA*

2

## CERTIFICATE OF SERVICE

This is to certify that on this 16th day of April, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

A. Donald McEachin, Esquire (VSB #27054)
dmceachin@mceachingee.com
Curtis M. Hairston, Jr., Esquire (VSB #28093)
cmhairston@mceachingee.com
McEachin & Gee
4719 Nine Mile Road
Henrico, VA 23223-4908
Tel.: (804) 226-4111
Fax: (804) 226-8888

Lorenzo Williams, Esquire
lw@williegary.com
Debra Nolan, Esquire
dsn@williegary.com
The Law Firm of Gary, Williams, Lewis & Watson, PL
221 Southeast Osceola Street
Stuart, FL 34994

By: /s/ Jimmy F. Robinson, Jr.
    Jimmy F. Robinson, Jr., Esquire (VSB No. 43622)
    jimmy.robinson@troutmansanders.com
    A. Tevis Marshall, Esquire (VSB No. 68401)
    tevis.marshall@troutmansanders.com
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    6802 Paragon Place, Suite 410
    Richmond, VA  23230
    Telephone: 855.843.1808
    Facsimile:  855.843.1809

    *Counsel for The City of Richmond, VA*

14804492.1

3