IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| MARCUS BRADLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 3:12-cv-669 |
| THE CITY OF RICHMOND, VIRGINIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT THE CITY OF RICHMOND, VIRGINIA'S MOTION
TO EXCEED THIRTY PAGES FOR A MEMORANDUM IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant The City of Richmond, Virginia (the "City"), by counsel, hereby moves this Court for an Order allowing it to exceed the page limitation set forth in Rule 7(F)(3) of the Local Rules for the United States District Court, Eastern District of Virginia, with respect to a memorandum in support of its motion for summary judgment, and states the following in support thereof:

1. This case involves complex allegations of a hostile work environment, discriminatory failure to promote, discriminatory failure to train, and retaliation brought by Marcus Bradley, Jason Goodson, Elwood Mayfield, Lawrence Smith, Jr., Gabriel Posey, Tore Harris, Milton Williams and Eric Johnson (the "Plaintiffs").

2. The facts of this case cover nearly a 10-year period. During that time, each Plaintiff has experienced working conditions and circumstances that are unique and individualized. For example, each Plaintiff began his employment with the City at a different time. Many of the Plaintiffs had separate and distinct responsibilities, and reported to separate

20339955v1

managers. Some of the Plaintiffs applied for supervisory positions, while others did not. Some of the Plaintiffs received training, while others claim that they did not. Most importantly, some of the Plaintiffs claim to have been subjected to specific instances of racial discrimination or harassment, while others tell a much different story.

3. The parties have engaged in extensive discovery to date, having completed approximately twenty depositions, with approximately twenty additional depositions that are expected to occur prior to July 22, 2013, when discovery closes. In addition, the parties have exchanged thousands of documents.

4. The City has substantial legal defenses to each of the claims presented in this action, and is currently preparing a memorandum in support of its motion for summary judgment, which is due by August 1, 2013. Although the City intends to comply with the expectation of brevity and conciseness in its summary judgment memorandum, it cannot adequately inform the Court of the bases for summary judgment in thirty pages, particularly given the complex and unique facts presented by each of the eight Plaintiffs.

5. In the interest of justice, and so that the City may present all of its defenses to the claims raised by the Plaintiffs, the City is respectfully seeking leave to submit a summary judgment memorandum that shall not exceed fifty (50) double-spaced pages. If granted, the City will endeavor to be as concise as possible with respect to the facts and arguments that it intends to make.

WHEREFORE, The City of Richmond, Virginia respectfully requests that the Court enter an Order allowing it to submit a memorandum in support of its motion for summary judgment not to exceed fifty (50) double-spaced pages.

THE CITY OF RICHMOND, VIRGINIA

By: /s/ Jimmy F. Robinson, Jr.
Jimmy F. Robinson, Jr.
Virginia State Bar Number 43622
jimmy.robinson@ogletreedeakins.com
A. Tevis Marshall
Virginia State Bar Number 68401
tevis.marshall@ogletreedeakins.com
Counsel for the City of Richmond
Ogletree, Deakins, Nash, Smoak and Stewart, P.C.
6802 Paragon Place, Suite 410
Richmond, Virginia 23230
Phone: 855.843.1808
Fax:    855.843.1809

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

This is to certify that on this 1st day of July, 2013, I sent the foregoing to Plaintiffs' Attorneys via e-mail and ECF:

| | |
|---|---|
| A. Donald McEachin, Esquire<br>Virginia State Bar Number 27054<br>dmceachin@mceachingee.com<br>Curtis M. Hairston, Jr., Esquire<br>Virginia State Bar Number 28093<br>cmhairston@mceachingee.com<br>Counsel for Plaintiffs<br>McEachin & Gee<br>4719 Nine Mile Road<br>Henrico, VA  23223-4908<br>Tel.:  (804) 226-4111<br>Fax:  (804) 226-8888 | Lorenzo Williams, Esquire<br>Lorenzo@williegary.com<br>Debra Nolan, Esquire<br>dsn@williegary.com<br>The Law Firm of Gary, Williams,<br>Lewis & Watson, PL<br>221 Southeast Osceola Street<br>Stuart, FL  34994 |

THE CITY OF RICHMOND, VIRGINIA

By: /s/ Jimmy F. Robinson, Jr.
Jimmy F. Robinson, Jr.
Virginia State Bar Number 43622
jimmy.robinson@ogletreedeakins.com
A. Tevis Marshall
Virginia State Bar Number 68401
tevis.marshall@ogletreedeakins.com
Counsel for the City of Richmond
Ogletree, Deakins, Nash, Smoak and Stewart, P.C.
6802 Paragon Place, Suite 410
Richmond, Virginia 23230
Phone: 855.843.1808
Fax:    855.843.1809

*Attorneys for Defendant*