IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



| | |
|---|---|
| MARCUS BRADLEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE CITY OF RICHMOND, VIRGINIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 3:12-cv-669 |

## DISMISSAL ORDER

Upon the joint motion of defendant, The City of Richmond, Virginia, by counsel, and plaintiffs Marcus Bradley, Tore Harris, Milton Williams, Gabriel Posey, Elwood Mayfield, Eric Johnson, Lawrence Smith, Jr. and Jason Goodson, by counsel, and for good cause shown, it is hereby

ORDERED, ADJUDGED, and DECREED, that the above matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Date: 7 / 29 / 13

/s/ 
John A. Gibney, Jr.
United States District Judge



**We ask for this**:


By: /s/ Jimmy F. Robinson, Jr.
Jimmy F. Robinson, Jr.
Virginia State Bar Number 43622
jimmy.robinson@ogletreedeakins.com
A. Tevis Marshall
Virginia State Bar Number 68401
tevis.marshall@ogletreedeakins.com
Counsel for the City of Richmond
Ogletree, Deakins, Nash, Smoak and Stewart, P.C.
6802 Paragon Place, Suite 410
Richmond, Virginia 23230
Phone: (855) 843-1808
Fax:    (855) 843-1809

*Attorneys for Defendant*

and

By: /s/ Curtis M. Hairston, Jr.
A. Donald McEachin
Virginia State Bar Number 27054
dmceachin@mceachingee.com
Curtis M. Hairston, Jr.
Virginia State Bar Number 28093
cmhairston@mceachingee.com
Counsel for Plaintiffs
McEachin & Gee
4719 Nine Mile Road
Henrico, VA  23223-4908
Tel.: (804) 226-4111
Fax: (804) 226-8888

Lorenzo Williams, Esquire
Lorenzo@williegary.com
Debra Nolan, Esquire
dsn@williegary.com
Counsel for Plaintiffs (Pro Hac Vice)
The Law Firm of Gary, Williams,
Lewis & Watson, PL
221 Southeast Osceola Street

Stuart, FL 34994  
Tel:   (772) 283-8260  
Fax:   (772) 220-3343

*Attorneys for Plaintiffs*